```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```

| UNITED STATES OF AMERICA | |
|---|---|
| -v- | 24-cr-567 (JSR) |
| KENNETH NEWCOMBE and TRIDIP GOSWAMI, | ORDER |
| Defendants. | |

JED S. RAKOFF, U.S.D.J.:

For the reasons stated during the telephonic conference held on August 14, 2025, the proceedings against defendant Goswami are hereby stayed pending his extradition. The defendants are hereby severed, and the proceedings against defendant Newcombe will continue, subject to the health issues previously addressed.

SO ORDERED.

New York, NY
August 15, 2025

_____
JED S. RAKOFF, U.S.D.J.